IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAVEL ALEKSANDROVICH AKULOV,
MIKHAIL MIKHAILOVICH GAVRILOV,
and
MARAT VALERYEVICH TYUKOV,

Defendants.

Case No. 21-20047-HLT/JPO

## **MOTION TO UNSEAL**

The United States of America, by and through undesigned counsel, requests the Sealed Indictment and corresponding arrest warrants be unsealed.

1. On August 26, 2021, the Grand Jury returned a true bill so an Indictment was filed under seal in this case charging Defendants with violations of 18 U.S.C. § 371, Conspiracy to Commit Offenses Against the United States; 18 U.S.C. §§ 1030(a)(2)(C) and 1030(c)(2)(B)(ii), Computer Fraud to Obtain Information; 18 U.S.C. §§ 1030(a)(5)(A) and 1030(c)(4)(B), Computer Fraud to Damage Protected Computers; 18 U.S.C. § 1349, Wire Fraud Conspiracy; 18 U.S.C. § 1343, Wire Fraud; and 18 U.S.C. § 1028A, Aggravated Identity Theft.

2. The Indictment was filed under seal, and arrest warrants were duly issued.

3. It is now appropriate for the Indictment and arrest warrants to be unsealed.

Wherefore, the United States respectfully requests that the Indictment and Arrest Warrants for Defendants be unsealed.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

s/ Scott C. Rask
Scott C. Rask
Assistant U.S. Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov
Kan. S. Ct. No. 15643